No. 92–6000. SINGLETON v. NORRIS, ACTING DIRECTOR, AR-
KANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certio-
rari denied.

No. 92–6008. JOHNSON v. UNITED STATES. C. A. 2d Cir. Cer-
tiorari denied.

No. 92–6016. MARIN-HERNANDEZ v. UNITED STATES. C. A.
11th Cir. Certiorari denied.

No. 92–6021. LEE v. UNITED STATES. C. A. 11th Cir. Certio-
rari denied.

No. 92–6026. AKINYOSOYE v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 92–6028. ROBERTS v. CALIFORNIA. Sup. Ct. Cal. Certio-
rari denied.

No. 92–6034. ROBINSON v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 92–6040. MCNEAL v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 92–6046. FLOOD v. UNITED STATES. C. A. 7th Cir. Cer-
tiorari denied.

No. 92–6048. JONES v. UNITED STATES. C. A. 3d Cir. Cer-
tiorari denied.

No. 92–6049. GEORGE v. UNITED STATES. C. A. 9th Cir. Cer-
tiorari denied.

No. 92–6051. HAGER v. UNITED STATES. C. A. 10th Cir. Cer-
tiorari denied.

No. 92–6053. HILL v. UNITED STATES. C. A. 6th Cir. Certio-
rari denied.

No. 92–6056. PRICE v. UNITED STATES. C. A. 6th Cir. Certio-
rari denied.

No. 92–6066. DAVILA v. UNITED STATES. C. A. 8th Cir. Cer-
tiorari denied.

No. 92–6075. GREEN v. MARYLAND. Ct. Sp. App. Md. Cer-
tiorari denied.